UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE,<br><br>         Plaintiff,<br><br>   v.<br><br>R&M COMMERCIAL INC., a California Corporation; and Does 1-10,<br><br>         Defendant. | Case:<br><br>CV14--08117-CBM-(MANx)<br><br>**ORDER [JS-6]** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 11, 2015

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal          Case: 2:14-CV-08117-CBM-MAN